judgment vacated, and case remanded for further consideration in light of *Barnhart* v. *Sigmon Coal Co., ante,* p. 438.

No. 00–9046. MARTINELLI *v.* MINNESOTA. Ct. App. Minn. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Kansas* v. *Crane, ante,* p. 407.

No. 01–7470. SNAVELY *v.* OXFORD GLOBAL RESOURCES. C. A. 1st Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 00–10666. HARRIS *v.* UNITED STATES. C. A. 4th Cir. [Certiorari granted, *ante,* p. 1064.] Motion for appointment of counsel granted, and it is ordered that William C. Ingram, Esq., of Greensboro, N. C., be appointed to serve as counsel for petitioner in this case.

No. 00–10747. CHURCH *v.* VIRGINIA. Sup. Ct. Va. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 802] denied.

No. 00–10748. IN RE CHURCH. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 811] denied.

No. 00–10761. IN RE CHURCH. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 811] denied.

No. 00–10810. IN RE BRAUN. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 812] denied.

No. 01–618. ELDRED ET AL. *v.* ASHCROFT, ATTORNEY GENERAL. C. A. D. C. Cir. [Certiorari granted, *ante,* p. 1126.] Order granting petition for writ of certiorari amended to read as follows: Certiorari granted limited to Questions 1 and 2 presented by the petition.